UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
February 21, 2018
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA,  )
                                                        )
        Plaintiff,          )
v.                                           )
                                                        )
MILTON ESCOBEDO,         )
                                                         )
        Defendant.        )

Case No. 2:18-CR-00009-TLN-4

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>MILTON ESCOBEDO</u>, Case No. <u>2:18-CR-00009-TLN-4</u>, Charge <u>21 USC § 841A=CD.F</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___    Release on Personal Recognizance

    ✔    Bail Posted in the Sum of $ <u>50,000 (co-signed)</u>

            ✔    Unsecured Appearance Bond

            ___    Appearance Bond with 10% Deposit

            ___    Appearance Bond with Surety

            ___    Corporate Surety Bail Bond

    ✔    (Other)    <u>With pretrial supervision and conditions of release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>February 21, 2018</u> at <u>3 25</u> pm.

By /s/ _____
Deborah Barnes
United States Magistrate Judge